United States Court of Appeals
Fifth Circuit

**F I L E D**

April 11, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-20125

_____

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

OLABODE TIMOTHY ARANSIOLA, also known as BJ, also known as
Bolaji; TAIYE KASSIM, also known as Sodik Adegun, also known as
Sediq

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Texas, Houston Division
Case No. 4:03-CR-436-10

_____

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Having carefully considered each of the defendants'

assignments of error in light of the record, the written and oral

arguments of the parties, and the law applicable to the case, and

finding each of the assignments to be without reversible merit,

we therefore AFFIRM the convictions and sentences of the

defendants.

AFFIRMED.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

1